1  D. Nicole Lesani
2  Nevada Bar No. 13171
   nicole.lesani@sands.com
3  **LAS VEGAS SANDS CORP.**
   3355 Las Vegas Boulevard South
4  Las Vegas, NV 89109
   Tel: (702) 607-3421
5  Fax: (702) 414-4421

6  *Attorney for Defendant,*
7  *Las Vegas Sands Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZACH MCGRALE, Individually, <br><br> Plaintiff, <br><br> v. <br><br> LAS VEGAS SANDS CORPORATION, a Nevada Limited Liability Company, <br><br> Defendant. | Case No. 2:19-cv-01960-RFB-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** <br> **(First Request)** |

Pursuant to Local Rule ("LR") IA 6-1, 6-2 and LR 7-1, IT IS HEREBY STIPULATED AND AGREED, by the Plaintiff, ZACH MCGRALE ("Plaintiff"), by and through his undersigned counsel DANIEL R. WATKINS, ESQ. and JOSEPH M. ORTUNO, ESQ. of WATKINS AND LETOFSKY, LLP, and by the Defendant, LAS VEGAS SANDS CORPORATION ("Defendant"), by and through its undersigned counsel, D. NICOLE LESANI, ESQ., of LAS VEGAS SANDS CORPORATION, that Defendant shall have up to and including December 13, 2019, to respond to Plaintiff's Complaint (doc. #3). Additional time is requested because Defendant's counsel is traveling out of state for the upcoming holiday.

1

This is the first request for an extension of time to respond to Plaintiff's Complaint and is made in good faith and not for the purpose of delay.

**IT IS SO STIPULATED:**

DATED this 26th day of November 2019.

LAS VEGAS SANDS CORPORATION

 /s/ D. Nicole Lesani
D. NICOLE LESANI, ESQ.
Nevada Bar No. 13171
3355 Las Vegas Boulevard South
Las Vegas, NV 89109
*Attorney for Defendant,*
*Las Vegas Sands Corporation*

DATED this 26th day of November 2019.

WATKINS AND LETOFSKY, LLP

 /s/ Joseph M. Ortuno
DANIEL R. WATKINS, ESQ.
Nevada Bar No. 11881
JOSEPH M. ORTUNO, ESQ.
Nevada Bar 11233
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
*Attorney for Plaintiff,*
*Zach McGrale*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/2/19

2