1  D. Nicole Lesani
2  Nevada Bar No. 13171
   nicole.lesani@sands.com
3  **LAS VEGAS SANDS CORP.**
   3355 Las Vegas Boulevard South
4  Las Vegas, NV 89109
   Tel: (702) 607-3421
5  Fax: (702) 414-4421

6  *Attorney for Defendant*
7  *Las Vegas Sands Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZACH MCGRALE, Individually, | Case No. 2:19-cv-01960-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO NAME CORRECT PARTY AND AMEND CAPTION** |
| v. | |
| LAS VEGAS SANDS CORPORATION, a Nevada Limited Liability Company, | |
| Defendant. | |

On November 7, 2019, Plaintiff Zach McGrale ("Plaintiff") filed his Complaint in the above-captioned action. Plaintiff mistakenly named Las Vegas Sands Corporation as a party. The proper party should have been identified as Venetian Casino Resort, LLC.

Therefore, pursuant Local Rule ("LR") IA 6-1, 6-2 and LR 7-1, IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Venetian Casino Resort, LLC, that Venetian Casino Resort, LLC will be substituted for Las Vegas Sands Corporation for the purposes of this lawsuit. As such, the caption in this suit shall be amended to read *Zach McGrale v. Venetian Casino Resort, LLC*.

/ / /

/ / /

/ / /

1

IT IS FURTHER STIPULATED that Venetian Casino Resort, LLC waives separate service under Fed. R. Civ. P. 5 of the Complaint and shall file its responsive pleading in accordance with the service upon Las Vegas Sands Corporation.

DATED this 26th day of November 2019.   DATED this 26th day of November 2019.

LAS VEGAS SANDS CORPORATION   WATKINS AND LETOFSKY, LLP

 /s/ D. Nicole Lesani   /s/ Joseph M. Ortuno
D. NICOLE LESANI, ESQ.   DANIEL R. WATKINS, ESQ.
Nevada Bar No. 13171   Nevada Bar No. 11881
3355 Las Vegas Boulevard South   JOSEPH M. ORTUNO, ESQ.
Las Vegas, NV 89109   Nevada Bar No. 11233
*Attorney for Defendant,*   8215 South Eastern Avenue, Ste. 265
*Las Vegas Sands Corporation*   Las Vegas, NV 89123
  *Attorneys for Plaintiff*
  *Zach McGrale*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 2, 2019

2